O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES H. DONELL, RECEIVER FOR NEWPOINT FINANCIAL SERVICES, INC., AND NEWPOINT MORTGAGE BANKERS, INC., | ) ) ) ) ) | Case No. CV 13-06483 DDP (JEMx) **ORDER REQUIRING SUPPLEMENTAL BRIEFING** |
| Plaintiff, | ) ) | [DKT No. 15] |
| v. | ) ) | |
| PEDRAM YOUABIAN, | ) ) | |
| Defendants. | ) | |

The parties are ordered to submit supplemental briefs, not to exceed three pages, citing authority in support of their positions on the following question: In determining whether a transfer made by a Ponzi scheme enterprise is fraudulent under Cal. Civ. Code § 3439.04(a)(1), is it relevant whether the transferee invested or otherwise contributed funds to the enterprise before it became a Ponzi scheme?

///

///

///

///

Plaintiff is ordered to submit his brief by 5:00 pm on March 20, 2014. Defendant is ordered to submit any response by 5:00 pm on March 21, 2014.

IT IS SO ORDERED.

Dated: March 19, 2014

                                      DEAN D. PREGERSON
                                      United States District Judge