Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for James H. Donell, Receiver

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., and Newpoint Mortgage Bankers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PEDRAM YOUABIAN, <br><br> Defendant. | CASE NO. 13-CV-06483-DDP-(JEMx) <br><br> **JUDGMENT** <br><br> DATE: March 24, 2014 <br> TIME: 10:00 a.m. <br> CTRM.: 3 |

The Motion of James H. Donell, Receiver for Newpoint Financial Services, Inc. and NewPoint Mortgage Bankers, Inc., for Summary Judgment as to Defendant, Pedram Youabian, having been duly noticed, on March 24, 2014 at 10:00 a.m. and taken under submission by the Honorable Dean D. Pregerson, United States District Judge . The Court having found that the entry of Summary Judgment is appropriate,

///

///

13390.10:1958362.1

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc. and NewPoint Mortgage Bankers, Inc., and against Defendant, Pedram Youabian, as follows:

   (a) Defendant, Pedram Youabian, shall pay Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., $58,183.35 plus prejudgment interest of $2,242.75.

DATED: April 29, 2014

The Honorable Dean D. Pregerson
United States District Judge